# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TOMEKA C. EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:21-CV-00219-TES |
| TACALA GEORGIA CORP., d/b/a ) | |
| TACO BELL, AND OLIVIA NORMAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PROTECTIVE ORDER

The Court having heretofore reviewed the Joint Motion for Protective Order to limit in the above-styled action the disclosure of information and categories of information designated therein, and the Court being cognizant of the sensitive and confidential nature of said information, it is hereby ORDERED, ADJUDGED AND DECREED that the information and categories of information set out in said Joint Motion and designated in writing by the producing party as "CONFIDENTIAL" shall be disclosed and delivered only to the parties and their counsel, who are hereby ordered and directed to keep such information confidential, to use it only in this action, and not disclose such information or the fact that they possess such information to the public, media, or to any other person other than the parties; members of the parties' counsel's office staff actively

engaged with and assisting counsel in the preparation for trial and the prosecution or defense of this action; any potential witness who by necessity must review a particular document or documents in preparation for his or her testimony or as part of a party's investigation in the case; experts and consultants retained by counsel who must necessarily see the information to assist counsel in connection with this litigation; and the Court and its personnel.

The information may be disclosed only for the purposes of preparation for trial and the prosecution and defense of this action.  Such information shall be designated as "**CONFIDENTIAL**" in writing at the time such information is produced.

The parties also are ordered to inform any person gaining access to said information through a party or their counsel of the confidentiality of the information and the Protective Order.

All documents designated "Confidential" may be filed with the Court in the context of dispositive or other motions without the permission of the other party and without the party having to seek to have the documents sealed.  Nothing herein limits a party from using the party's own documents in any fashion.

If a party objects to any document which another party marks as confidential and which therefore is subject to this Protective Order, the objecting party is ordered to inform the producing party of its objection within fourteen (14) days of

the production of the document.  The parties are then ordered to confer and attempt to resolve the dispute regarding the designation of the document.  If the parties are unable to resolve the dispute informally, and the producing party wishes to maintain his objection, the objecting party is ordered to appeal the designation of the document as confidential to the Court within thirty (30) days of the production of the document.  If the objecting party does not file an appeal with the Court within this time period, his objection is deemed waived.

At the final conclusion of this action, Plaintiff and Defendants and their counsel of record shall continue to maintain the confidentiality of all Confidential Information. Termination of the proceedings shall not relieve Plaintiff and Defendants and their counsel of record from the obligation of maintaining the confidentiality of all Confidential Information that they have received or reviewed. At the written request of the producing party at the end of a (6) six-year period of time following the conclusion of this action, the Confidential Information shall be returned to the producing party or destroyed.

ORDERED this <u>19th</u> day of <u>October</u>, 2021.

<u>S/ Tilman E. Self, III</u>
UNITED STATES DISTRICT JUDGE