IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOMEKA C. EDWARDS,                )<br>                                                        )<br>        **Plaintiff,**                         )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>TACALA GEORGIA CORP. d/b/a )<br>TACO BELL, AND OLIVIA NORMAN, )<br>                                                        )<br>        **Defendant.**                       )<br>                                                        ) | CIVIL ACTION NO.<br>5:21-CV-00219-TES |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby GRANTED the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of l996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual, including records regarding mental health treatment, and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i). The parties are **EXPRESSLY PROHIBITED** from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are **ORDERED** to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C. F. R. §§ 163.502(b); 164.512(e)(1)(v).

      DONE and ORDERED this <u>19th</u> day of <u>October</u>, 2021.

                                            <u>S/ Tilman E. Self, III</u>
                                            UNITED STATES DISTRICT JUDGE